IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PROGRESSIVE COMMERCIAL CASUALTY INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-2683 |
| § | |
| XPRESS TRANSPORT LOGISTICS, LLC, *et al.*, § § § | |
| Defendants. § | |

## ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT

For the reasons stated in the court's October 11, 2022, memorandum and opinion, the court enters the following orders:

1.  Progressive Commercial Casualty Insurance Company has no duty to defend Xpress Transport Logistics, LLC under Commercial Auto Policy No. 019812180-0, in the lawsuit styled *Cuellar v. Santiago et al.*, No. C-0540-21-F (332nd Dist. Ct., Hidalgo County, Texas).

2.  Progressive Commercial Casualty Insurance Company has no duty to indemnify Xpress Transport Logistics, LLC under Commercial Auto Policy No. 019812180-0, for a judgment entered against Xpress in, or other liability or loss of Xpress created with respect to, *Cuellar v. Santiago et al.*, No. C-0540-21-F (332nd Dist. Ct., Hidalgo County, Texas).

SIGNED on October 11, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge